IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE A. LING,

      Plaintiff,

vs.                                            4:07-CV-241-SPM/AK

OFFICER DONALD POPPE,
*et al.*,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 13) dated October 9, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 15) on October 31, 2007. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

      Plaintiff's present incarceration was the result of his violation of his probation. The violation of his probation was the result of a law violation. In this instant suit, Plaintiff is now challenging the validity of that law violation. In his objection to the Report and Recommendation, the Plaintiff mistakenly concludes that the violation of probation conviction is unrelated to the investigation into the burglary charge. But in actuality, the conviction is directly

1

related to the burglary charge. At the probation violation hearing, the Government successfully proved by a preponderance of evidence that Plaintiff committed the law violation. The resulting sentence was valid. Therefore, Plaintiff's claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994)(holding that a claim for damages caused by acts which, if proven, would render his conviction invalid, is not cognizable under 42 USC § 1983 in absence of showing that conviction *has been* invalidated).

In order to receive monetary damages for false arrest and false imprisonment, Plaintiff must show that the conviction or sentence was *already* invalidated. Plaintiff has not done so, either in his original complaint or in his objection to this Report and Recommendation. Plaintiff had every opportunity to challenge the investigation of the officers at his probation violation hearing. This is not the proper forum for such a challenge.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. The complaint (doc. 1) is hereby *denied* for failure to state a claim upon which relief may be granted.

3. This case is *dismissed.*

4. The clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. Plaintiff's pending motions, "Request for Extension (15) Days" (doc. 14) and "Document Request" (doc. 16) are hereby **denied as moot**.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge